UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JUDGE DELISSA A. RIDGWAY

| | |
|---|---|
| TOKYO OHKA KOGYO AMERICA, INC., | : |
| Plaintiff, | : |
| v. | : Court No. 17-00066, 17-00067 |
| UNITED STATES, | : 17-00069, and 17-00070 |
| Defendant. | : |

## ORDER

Upon consideration of Plaintiff's consent Motion to Suspend the court actions identified above under a Designated Test Case, as well as USCIT Rule 84, it is hereby

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Tokyo Ohka Kogyo America, Inc., Court No 17-00066, Tokyo Ohka Kogyo America, Inc., Court No. 17-00067, Tokyo Ohka Kogyo America, Inc., Court No. 17-00069 and Tokyo Ohka Kogyo America, Inc., Court No. 17-00070 are suspended under the test case Tokyo Ohka Kogyo America, Inc., Court No. 13-00214.

                                                Honorable Delissa A. Ridgway
                                                United States Court of International Trade

Dated:    This ____ day of _____, 2017
              New York, New York

{0135349.DOCX;1}

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JUDGE DELISSA A. RIDGWAY

|   |   |
|---|---|
| TOKYO OHKA KOGYO AMERICA, INC., | |
| Plaintiff, | Court No.: 17-00066, etc. |
| | See Schedule A Attached |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## MOTION TO SUSPEND UNDER A DESIGNATED TEST CASE

Pursuant to Rule 84(a) of the Court of International Trade, Plaintiff, Tokyo Ohka Kogyo America, Inc. respectfully moves this Court for an order to suspend the court actions on the attached Schedule A under Tokyo Ohka Kogyo America, Inc., Court No. 13-00214, a designated test case. These court actions are currently pending on the Reserve Calendar.

The photoresists on the commercial invoices on the entries are similar in all material respects to the photoresists involved in Court No. 13-00214.

All of the similar photoresists identified on the commercial invoices for the entries involved in the instant court actions were assessed at 6.5% *ad valorem* under 3707.90.30, HTSUS, as chemical preparations for photographic uses, other. Plaintiff claims that these photoresists are more specifically provided for at 3% *ad valorem* under 3707.10.00, HTSUS, as "sensitizing emulsions."

WHEREFORE, plaintiff requests that the court actions listed on the attached Schedule A be suspended under Tokyo Ohka Kogyo America, Inc., Court No. 13-00214.

//

//

//

//

{0135349.DOCX;1}

Motion to Suspend
Tokyo Ohka Kogyo America, Inc.
Page 3

On April 28, 2017, the Government consented to the relief request in this motion, based on the representations made by plaintiff, but the Government's consent should not be construed as an agreement to all of the factual assertions made in the motion.

Dated: April 28, 2017					Respectfully submitted,

							/s/ George R. Tuttle
							George R. Tuttle
							Law Offices of George R. Tuttle, A P.C.
							1100 Larkspur Landing Circle
							Suite 385
							(415) 986-8780
							Attorneys for TOKYO OHKA KOGYO AMERICA, INC.

{0135349.DOCX;1}

## Schedule "A"

Plaintiff: Tokyo Ohka Kogyo America, Inc.
Port of Entry: San Francisco, California

| Court No. | Date Filed | Protest Number | Protest date | Date Denied |
|---|---|---|---|---|
| 17-00066 | 04/05/2016 | 2809-12-100373 | 06/22/2012 | 11/01/2016 |
| | | 2809-13-100048 | 01/25/2013 | 11/01/2016 |
| | | 2809-13-100180 | 04/12/2013 | 11/01/2016 |
| | | | | |
| 17-00067 | 04/5/2016 | 2809-13-100206 | 04/26/2013 | 11/01/2016 |
| | | 2809-13-100287 | 06/19/2013 | 11/01/2016 |
| | | 2809-13-100410 | 08/28/2013 | 11/01/2016 |
| | | 2809-13-100586 | 10/28/2013 | 11/01/2016 |
| | | | | |
| 17-00069 | 04/5/2016 | 2809-14-100014 | 01/10/2014 | 11/01/2016 |
| | | 2809-14-100148 | 02/28/2014 | 11/01/2016 |
| | | 2809-14-100262 | 04/11/2014 | 11/01/2016 |
| | | 2809-14-100426 | 06/03/2014 | 11/01/2016 |
| | | 2809-14-100488 | 06/30/2014 | 11/01/2016 |
| | | 2809-14-100561 | 08/06/2014 | 11/01/2016 |
| | | 2809-14-100608 | 09/08/2014 | 11/01/2016 |
| | | | | |
| 17-00070 | 04/05/2017 | 2809-14-100689 | 10/20/2014 | 11/01/2016 |
| | | 2809-14-100773 | 12/04/2014 | 11/01/2016 |
| | | 2809-15-100776 | 12/16/2015 | 11/01/2016 |
| | | 2809-16-100396 | 08/19/2016 | 11/01/2016 |
| | | | | |